UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DALE D. GILMORE,

Plaintiff,

-against-

JACKSON et al,

Defendants.

No. 24-CV-8614 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On September 2, 2026, Plaintiff filed a Third Amended Complaint, which was initially reflected on the docket as a letter. The September 2, 2026 filing has now been added to the docket as Plaintiff's Third Amended Complaint ("TAC"). Defendants shall answer or otherwise respond to the TAC within thirty (30) days of the date of this Order.

Additionally, service has not yet been effected on Defendant Tafari Smith. It is the Court's understanding that Defendant Smith is employed at Sing Sing Correctional Facility, where the other Defendants are employed. Accordingly, within fourteen (14) days of the date of this Order, counsel for Defendants Jackson and Staten shall advise the Court whether counsel is authorized to accept service on behalf of Defendant Smith. If counsel is not authorized to accept service on Defendant Smith's behalf, counsel shall so advise the Court.

Dated: October 6, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge